UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANDRE L. WILLIAMS, ) | |
|                Petitioner, ) | |
| ) | |
|    vs. ) | Case No. 1:14-cv-464-WTL-MJD |
| ) | |
| UNITED STATES OF AMERICA. ) | |

FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

The Court having this day made its Entry directing the entry of final judgment, the Court now enters FINAL JUDGMENT.

The motion for relief pursuant to 28 U.S.C. § 2255 docketed as No. 1:14-cv-464-WTL-MJD is **denied.**

Date: 9/4/15

Laura Briggs, Clerk

BY: _____
   Deputy Clerk, U.S. District Court

_____
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Andre L. Williams
10509-028
Terre Haute Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

All electronically registered counsel